Bernard Kulczyk, Appellee, v. The Board of Fire and Police Commissioners of City of Calumet City, Illinois, and Julius Hoffman, Maurice LeNoue and Bernard Skwirtz, Members of Said Board, Appellants.

Gen. No. 45,372.

McCarthy, Toomey & Reynolds, and Richard J. Fitzgerald, for appellants; John E. Toomey and John J. Moran, of counsel; Posanski, Baron, Jacobs & Nowak, for appellee; Roman E. Posanski, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.